In the Matter of DEBORAH A. MCBRIDE, Respondent, v CARL E. LUTHER, Appellant.

Petitioner resides in a three-bedroom town house with her

four children, two of whom were determined to be respondent's children. Although petitioner claimed to have monthly expenses exceeding her income by nearly $800, her financial affidavit reveals relatively minor debts, most of which were incurred prior to commencement of this proceeding. Respondent has a net spendable income of some $25 to $45 per week. Both parties are employed, with petitioner earning about $25,000 per year (including her annual bonus) and respondent earning some $21,000 annually.

In view of respondent's limited ability to pay, we find the court's award of child support in the sum of $90 per week to be excessive and reduce the award to $45 per week. Based upon this modification, the judgment of arrears is vacated, and arrears are correspondingly reduced to $4,095 (91 weeks times $45), which respondent is hereby ordered to satisfy by weekly payments of $15.

We also find the award of counsel fees to be excessive and reduce that award to $750, including costs and disbursements. We have considered respondent's remaining contentions and find them to be without merit. (Appeal from order of Monroe County Family Court, Willis, J.—paternity and support.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.